Kym HENLEY, Plaintiff—Appellant,

v.

Michael CHERTOFF, Secretary, U.S. Department of Homeland Security, Defendant—Appellee.

No. 07–1055.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 30, 2008.

Decided: Feb. 12, 2008.

Richard H. Semsker, Shannon M. Salb, Bethesda, Maryland, for Appellant. Rod J. Rosenstein, United States Attorney, Ariana Wright Arnold, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before KING, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kym Henley appeals the district court's order granting Defendant's motion for summary judgment and dismissing her employment discrimination action, filed pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e—2000e–17 (2000), for failure to exhaust her administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Henley v. Chertoff,* No. 1:06–cv–00299–WDQ (D.Md. Dec. 19, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*